**United States District Court**
**Western District of Texas**
**Austin Division**

FILED

APR 1 9 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                        DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| Plaintiff/Respondent | ) | |
| | ) | |
| Vs. | ) | Case No. A-08-CR 337(1)LY |
| | ) | |
| George Lewis Escamilla, Sr. | ) | |
| Defendant/Petitioner | ) | |

**Motion for Compassionate Release and/or Reduction
in Sentence Program Under 18 U.S.C. Section 3582(c)(1)(A)**

Comes now, George L. Escamilla, Sr., Petitioner, acting in pro/se

in the above cause numbered and would show the court as follows:


**Jurisdiction**

Jurisdiction is vested in the governing authorities of the B.O.P.

program statement (5050.49) 18 U.S.C. Section 3582(c)(1)(A) and

U.S.S.G. Amendment No. 799.


**Procedural History**

On 05/13/2008, petitioner was charged by indictment with

possession W.I.D., 5kgs or more of cocaine. Violation: 21 U.S.C.

Section 841(a)(1)(b)(1)(A). On      /2009 petitioner plead guilty

to the indictment. On 06/11/2009, defendant was sentenced to a

240 months term of imprisonment. New sentence imposed 192 months.


**Statement of the Issues**

I  Petitioner Respectfully Requests Consideration Based on an
   Incurable Progressive Illness and who has Suffered a
   Debilitating Injury From Which he will not Recover

II Petitioner Respectfully Requires Consideration Based on a

1

**Non-Medical Circumstance for Elderly Inmates who are 65 Years or Older**

**Argument Issue No. 1**

I   Petitioner Respectfully Requests Consideration Based on an Incurable Progressive Illness and who has Suffered a Debilitating Injury From Which he will not Recover

Petitioner respectfully submits the following factors and evaluation of circumstances in support for a compassionate release, or reduction in sentence pursuant to 18 U.S.C. Section 3582(c)(1)(A), U.S.S.G. Section 1B1.13, and Amendment No. 799.

Petitioner respectfully requests a reduction in sentence based on incurable progressive illness and a debilitating injury from which he will not recover. In support of my requests, I pray that you will consider the following medical conditions.

1) I am 65 years old. Three years ago I suffered a debilitating injury during a Black Heel Illness, which caused me to have my right leg amputated above the knee and having previously had my left leg amputated below the knee. This classified my as a T3 paraplegic.

2) I am 100% disabled and rely on the compassion of other inmates to assist me in most of my daily activities.

3) Self care is extremely difficult for me and I am confined to my wheelchair 100% of my waking hours. Moreover, my quality of life is dramatically diminished, and the cost of care is enormous to the BOP compared to ambulatory and non-debilitated inmates.

Petitioner respectfully submits that he was convicted in 2009 of

a non-violent crime, and he does not pose any harm to the community or any concern of being a threat to society.

### Argument Issue No. 2

II Petitioner Respectfully Requires Consideration Based on a Non-Medical Circumstance for Elderly Inmates who are 65 Years or Older

Petitioner's request is based pursuant to program statement Section 571.61(4)(b) elderly inmate with medical conditions.

1) I am 65 years of age, having been born on 06/20/1952, in Junction, Texas.

2) I suffer from a chronic/serious medical condition, which is also related to the aging process.

3) I have experienced a deteriorating physical/health condition, Black Heel Illness, which is due to both knees having been amputated about the knee. This substantially diminishes my ability to function property in a correctional facility.

4) Conventional treatment promises no substantial improvements to my physical/health condition.

5) I have served 10 years of the 20 year sentence imposed. This equates to 60% of my term completed. This qualifies me for eligibility since I have served over 10 years of my sentence.

If approved for compassionate release/reduction in sentence I will reside at: 901 Cactus Drive, Austin, Texas 78681 which is my son's, Michael Escamilla, home residence. I will be able to take care of my financial needs by and through my family's support.

If released I will obtain medical insurance so that my medical needs are met. I have finances available to me which are in savings, and if the need arises my family members will assist me whatever needs I lack. Wherein, all my needs both medical and otherwise will be paid without public assistance.

I have programmed while incarcerated to the best of my ability, and which I've been able to due to my medical conditions and age. I declare under penalty of perjury that all the information contained herein is true and correct to the best of my knowledge and belief.

Signed this ____ day of _____ 2018

                                    _____
                        George Lewis Escamilla, Sr. #43385-080

### Conclusion

In 2016, the United States Sentencing Commission provided Amendment No. 799 to the United States Sentencing Guidelines whereby expanding the criteria for eligibility for compassionate release under Title 18 U.S.C. Section 3582(c)(1). For the non-terminal medical category, the amendment provides criteria to include defendants who are: inter alia, suffering from a serious condition, or suffering from a serious functional or cognitive impairment. Which these fore mentioned medical conditions substantially diminish the defendant's ability to provide self care within a correctional facility, and from which her is not expected to recover. Petitioner respectfully submits that he fits

4

squarely into both of these categories. The amendment states that the second prong is intended to include a wide variety of permanent, serious impairments and disabilities, whether functional or cognitive, that make life in prison overly difficult for certain inmates, like me. Wherefore, petitioner prays that the honorable court grant the relief sought based on good cause showing, and order the government to show cause.


Date _____                        **Respectfully Submitted,**

                                         _____
                                         **George Lewis Escamilla, Sr. #43385-080**
                                         **Federal Medical Center**
                                         **P.O. Box 15330**
                                         **Fort Worth, Texas 76119**

## Certificate of Service

I certify that a true and correct copy of the foregoing motion
was sent on this _____ day of April, 2018. As proof of service, by
U.S. mail, postage prepaid, first class,

To: U.S. Attorney, Western District of Texas, Austin Division at
816 Congress Ave. Ste 100, Austin, Texas 78701 and that a copy
was served at the inmate's prison institution to Warden Eric D.
Wilson of Federal Medical Center, P.O. Box 15330, Fort Worth,
Texas 76119.


                              By:_____
                    George Lewis Escamilla, Sr. #43385-080
                              Federal Medical Center
                                   P.O. Box 15330
                              Fort Worth, Texas 76119

CASE NO

DEAR Clerk of Court

A-08-CR 377-1 (LY)

I am an indigent inmate under pauper status, Please filed mark a copy for me and return same. Appreciate your assistance with my legal matter.

Thank you.

Respectfully yours

DATE

GEORGE LEWIS ESCAMILLA, SR
#  43385 - 080
Federal Medical Center
P.O. BOX 15330
FT WORTH, TX 76119

RECEIVED

APR 1 9 2018

CLERK DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK



SCREENED BY CSC

APR 18 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION
U.S. COURTHOUSE
501 WEST 5th STREET
AUSTIN, TEXAS   78701

GEORGE LEWIS ESCAMILLA, SR.
REG. NO. 43385-080
FEDERAL MEDICAL CENTER
P.O. BOX 15330
FT. WORTH, TX 76119

RECEIVED
APR 19 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK