IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | A-08-CR-337(1)-LY |
| | § | |
| GEORGE LEWIS ESCAMILLA, SR. | § | |

## ORDER

Before the court is Defendant's "Motion for Compassionate Release and/or Reduction in Sentence Program Under 18 U.S.C. Section 3582(c)(1)(A)." The court lacks jurisdiction to grant compassionate release under section 3582(c)(1)(A), where the BOP director has not filed a motion requesting a modification of sentence. Under that section, only the BOP Director has the discretion to ask a court to reduce a term of imprisonment.

It is therefore **ORDERED** that the "Motion for Compassionate Release and/or Reduction in Sentence Program Under 18 U.S.C. Section 3582(c)(1)(A)," filed by Defendant on April 19, 2018, is **DISMISSED**.

SIGNED this _26th_ day of April, 2018.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE