United States District Court
Western District of Texas
Austin Division

United States of America,
    Plaintiff,


   v.

                           Cause No. 1:08-CR-337-LY-1


GEORGE LEWIS ESCAMILLA, SR.,
    Defendant.


### United States' Unopposed Motion to Extend Time to Respond to Motion for Compassionate Release

The United States respectfully moves this Court for a one week extension, until May13, 2020, to respond to Mr. Escamilla's pending motion for compassionate release filed on April 24, 2020. Counsel for Mr. Escamilla does not oppose this motion.

On April 24, 2020, Mr. Escamilla filed a motion for compassionate release requesting time served or home confinement due to the COVID-19 pandemic. Mr. Escamilla based his request on his medical condition, specifically, he is 67 years old and suffers from diabetes, high blood pressure, and anemia. He is a double amputee and wheel-chair bound. He is serving his sentence at FCI Oakdale, one of the Bureau of Prisons facilities impacted by the COVID-19 pandemic.

The United States received yesterday a declaration regarding Mr. Escamilla's request for relief under the CARE Act. Mr. Escamilla is currently hospitalized in an intensive care unit suffering from COVID-19. The United States is awaiting additional information regarding Mr. Escamilla's current medical condition, and the status of any requests for administrative remedies, before proceeding.

Therefore, the United States requests a one week extension of the United States' time to respond, until May 13, 2020, at which time the United States will respond to Mr. Escamilla's current motion for compassionate release. If the United States can respond sooner, it will do so.

Respectfully submitted,

John F. Bash
United States Attorney

By:   */s/ Mark H. Marshall*
Mark H. Marshall
Assistant United States Attorney
Texas Bar No. 13032500
903 San Jacinto Blvd., Suite 334
Austin, Texas  78731
(512) 916-5858 (phone)
(512) 916-5854 (fax)
mark.marshall@usdoj.gov

## Certificate of Service

I certify that on May 7, 2020, I electronically filed this document with the Clerk of Court using the CM/ECF system. The CM/ECF system will send notification to the following CM/ECF participant(s):

Jose Gonzalez-Falla
Assistant Federal Public Defender

*/s/ Mark H. Marshall*
Mark H. Marshall
Assistant United States Attorney

United States District Court
Western District of Texas
Austin Division

United States of America,
    Plaintiff,

    v.

                          Cause No. 1:08-CR-337-LY-1

GEORGE LEWIS ESCAMILLA, SR.,
    Defendant.

**Order**

    The Court, having considered the United States' Unopposed Motion to Extend Time to Respond to Motion for Compassionate Release and all applicable law, finds that the reasons set forth in the motion support the request, and the motion is GRANTED. The United States shall respond to the motion for compassionate release by May13, 2020.

_____

Lee Yeakel
United States District Judge