United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| United States of America,<br>　　Plaintiff,<br><br>v.<br><br>GEORGE LEWIS ESCAMILLA, SR.,<br>　　Defendant. | Cause No. 1:08-CR-337-LY-1 |

### United States' Notice and Motion to Dismiss Mr. Escamilla's Motion for Compassionate Release

　　The United States received the unfortunate news that Mr. Escamilla passed away this past Friday as a result of an infection with COVID-19, exacerbated by underlying preexisting conditions. Exhibit 1. Based on this information, the United States respectfully asks that the Court dismiss the motion as moot. Counsel for Mr. Escamilla has indicated that his office will file a separate motion with the Court.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　John F. Bash
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　By:　*/s/ Mark H. Marshall*
　　　　　　　　　　　　　　　Mark H. Marshall
　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　Texas Bar No. 13032500
　　　　　　　　　　　　　　　903 San Jacinto Blvd., Suite 334
　　　　　　　　　　　　　　　Austin, Texas  78731
　　　　　　　　　　　　　　　(512) 916-5858 (phone)
　　　　　　　　　　　　　　　(512) 916-5854 (fax)
　　　　　　　　　　　　　　　mark.marshall@usdoj.gov

## Certificate of Service

    I certify that on May 11, 2020, I electronically filed this document with the Clerk of Court using the CM/ECF system. The CM/ECF system will send notification to the following CM/ECF participant(s):

                              Jose Gonzalez-Falla
                        Assistant Federal Public Defender

                                                */s/ Mark H. Marshall*
                                                 Mark H. Marshall
                                                 Assistant United States Attorney

United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>    v.<br><br>GEORGE LEWIS ESCAMILLA, SR.,<br>    Defendant. | Cause No. 1:08-CR-337-LY-1 |

## Order

The Court, having considered the United States' Notice and Motion to Dismiss Mr. Escamilla's Motion for Compassionate Release and all applicable law, finds that the reasons set forth in the motion support the request, and the motion is GRANTED.

The Defendant's Motion for Compassionate Release is hereby Dismissed as Moot.

_____
Lee Yeakel
United States District Judge